# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No.  8:98-CR-27-T-27MSS

MICHAEL CHARLES BULOW

_____/

## ORDER REVOKING SUPERVISED RELEASE
## AND
## JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 21st day of September, 2006, on a Petition to Revoke Supervised Release.  The Defendant, MICHAEL CHARLES BULOW, appeared with Counsel, Alec Hall, AFPD; and Amanda Kaiser, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release.  Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1.  The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2.  The defendant, **MICHAEL CHARLES BULOW**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **TWELVE (12) MONTHS.**   The defendant shall be given credit for time served since August 26, 2006.

3.  The Court recommends that the defendant be confined at Coleman FCI.

DONE AND ORDERED at Tampa, Florida this ___25th___ day of September, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
-U.S. Attorney's Office
-Defense Counsel
-U.S. Marshal
-U.S. Probation